IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID K. ENG,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A., AS ACQUIRER OF CERTAIN ASSETS AND LIABILITIES OF WASHINGTON MUTUAL BANK, et al.,

    Defendants.

No. C 14-04626 JSW

**ORDER TO SHOW CAUSE AND VACATING HEARING**

On October 23, 2014, Defendant JP Morgan Chase Bank ("Defendant") filed a motion to dismiss. After the case was reassigned to the undersigned Judge, Defendant re-noticed the motion for a hearing on December 12, 2014. Plaintiff is proceeding *pro se* and is not a registered e-filer. Under the Northern District Civil Local Rules, Plaintiff's opposition would have been due on November 10, 2014. *See* N.D. Civ. L.R. 7-3(a).

Plaintiff did not file an opposition by that date, and Defendant has filed a notice of non-opposition. In addition, Plaintiff has not made an appearance since Defendant removed the matter to this Court. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why this case should not be dismissed. If Plaintiff seeks to file an untimely opposition to Defendant's motion, he must submit a request showing good cause for his failure to file an opposition within the time required by the Local Rules and shall submit a proposed opposition brief with any such request. Plaintiff's response to this Order to Show Cause shall be due by no

later than December 5, 2014. If Plaintiff fails to file a response by that date, the Court shall dismiss this case without prejudice for failure to prosecute.

The Court VACATES the hearing set for December 12, 2014, pending Plaintiff's response to this Order. If Plaintiff seeks to file a belated opposition, and if the Court grants that request, the Court shall re-set the hearing date and set a deadline by which Defendant must file its reply brief.

The Court HEREBY ADVISES Plaintiff that a Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney, is available through the Court's website or in the Clerk's office. The Court also advises Plaintiff that he also may wish to seek assistance from the Legal Help Center. Plaintiff may call the Legal Help Center at 415-782-8982 or sign up at the United States District Courthouse, 1301 Clay Street, Oakland, California, Room 470S, for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED.**

Dated: November 14, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ENG,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A., AS ACQUIRER OF CERTAIN ASSETS AND LIABILITIES OF WASHINGTON MUTUAL BANK et al,

    Defendant.

Case Number: CV14-04626 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 14, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David K. Eng
5347 Bancroft Avenue
Oakland, CA 94601-5807

Dated: November 14, 2014

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk