**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID K. ENG,

    Plaintiff,

v.

JP MORGAN CHASE BANK, N.A., AS ACQUIRER OF CERTAIN ASSETS AND LIABILITIES OF WASHINGTON MUTUAL BANK, et al.,

    Defendants.

                               /

No. C 14-04626 JSW

**ORDER DISMISSING FOR FAILURE TO PROSECUTE**

On November 14, 2014, the Court issued an Order to Show Cause why this case should not be dismissed for failure to prosecute. Pursuant to that Order, Plaintiff was to submit a proposed opposition brief to Defendant JP Morgan Chase Bank's Motion to Dismiss, along with a request showing good cause for his failure to timely file an opposition, by no later than December 5, 2014. Plaintiff has failed to file any documents pursuant to the Court's Order. Accordingly, this matter is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

**IT IS SO ORDERED.**

Dated: December 30, 2014

                                                 JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE