IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID K. ENG,<br><br>    Plaintiff,<br><br>    v.<br><br>JP MORGAN CHASE BANK, N.A., AS ACQUIRER OF CERTAIN ASSETS AND LIABILITIES OF WASHINGTON MUTUAL BANK, et al.,<br><br>    Defendants.<br>_____ / | No. C 14-04626 JSW<br><br>**ORDER VACATING DISMISSAL FOR FAILURE TO PROSECUTE** |

On December 30, 2014, the Court issued an Order dismissing this case for failure to prosecute. Due to an error in docketing, the Court was unaware that Plaintiff had, in fact, timely delivered the required documents, although they were never filed in the record. Accordingly, the Court hereby VACATES its December 30, 2014 Order dismissing the case for failure to prosecute. The Court shall rule on Plaintiff's belated request to file an opposition in due course.

**IT IS SO ORDERED.**

Dated: December 31, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE