IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID K. ENG,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A., AS ACQUIRER OF CERTAIN ASSETS AND LIABILITIES OF WASHINGTON MUTUAL BANK,

    Defendants.

No. C 14-04626 JSW

**ORDER VACATING ORDER TO SHOW CAUSE AND SCHEDULING HEARING DATE**

Pending before the Court is a motion to dismiss, brought by Defendants on October 23, 2014. When Plaintiff failed to timely respond to the motion, the Court issued an Order to Show Cause on November 14, 2014. Plaintiff timely responded to the Court's Order. The Court finds that Plaintiff has demonstrated good cause for his failure to timely oppose the motion to dismiss, and therefore VACATES the Order to Show Cause, and GRANTS Plaintiff's request to file his untimely opposition. Defendants' reply brief, if any, is due no later than April 24, 2015, and the hearing on this motion shall be reset for May 8, 2015, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: April 7, 2015

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE