IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID K. ENG,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A., AS ACQUIRER OF CERTAIN ASSETS AND LIABILITIES OF WASHINGTON MUTUAL BANK, et al.,

    Defendants.

No. C 14-04626 JSW

**ORDER GRANTING MOTION TO DISMISS**

On May 4, 2015, the Court granted the motion to dismiss filed by Defendant JPMorgan Chase Bank, N.A., but granted Plaintiff David K. Eng ("Plaintiff") with leave to amend. The Court admonished Plaintiff that if he did not file an amended complaint by May 28, 2015, it would dismiss this action. Plaintiff has not filed a timely amended complaint. Accordingly, the Court dismisses this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 16, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE